DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GREGORY WATTS** and **MICHELLE GUNN,**
Appellants,

v.

**JP MORGAN CHASE BANK, N.A.** and **FEDERAL NATIONAL MORTGAGE ASSOCIATION,**
Appellee.

No. 4D14-1825

[August 5, 2015]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard H. Harrison, Judge; L.T. Case No. 2008CA033361.

Brian Korte of Korte and Wortman, P.A., West Palm Beach, for appellants.

No brief filed for appellee.

PER CURIAM.

We accept the Bank's concession of error, vacate the final judgment, and remand with instructions that the trial court enter an involuntary dismissal in favor of the Homeowners.

WARNER, GROSS and CONNER, JJ., concur.

\*　　　\*　　　\*

*Not final until disposition of timely filed motion for rehearing.*